IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 14 2023
CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| BLYSS MCGINLEY, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:22-CV-00705-LY |
| | § | |
| I.C. SYSTEM, INC.; AND | § | |
| ABILITY RECOVERY SERVICES LLC, | § | |
|     DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On February 13, 2023, the court rendered an order directing Plaintiff to show cause in writing why this cause should not be dismissed for want of prosecution on or before March 13, 2023 (Doc. #6).

As of this date, Plaintiff has not filed a response to the court's order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that this cause of action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**IT IS FURTHER ORDERED** that the case is **CLOSED.**

SIGNED this _14th_ day of March, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE